# United States Bankruptcy Court
## Eastern District of Texas
### Sherman Division

| | |
|---|---|
| **In re:**<br>**Empire Countertops, LLC**<br>    1137 Enterprise Dr.<br>    Pilot Point, TX 76258<br>    EIN: 45-1145076<br><br>**Debtor**<br><br>**Empire Countertops, LLC,**<br>Plaintiff<br><br>v.<br><br>**JPMorgan Chase & Co., Eagle Eye Advance LLC, Block Inc. fka Square Inc., and Last Chance Funding, Inc.**<br>Defendants | Case No. 22-41686-btr<br><br>**Chapter 11**<br><br>**Emergency Hearing Requested**<br><br><br><br><br><br>Adversary No. 22-04066 |

### MOTION FOR EMERGENCY HEARING ON DEBTOR'S APPLICATION FOR INJUNCTIVE RELIEF

Empire Countertops, LLC ("Empire") files this *Motion for Emergency Hearing* on its Application for Injunctive Relief (Doc. 1), and would respectfully show the following:

1. Empire asks that a hearing be set not later than 10:00 a.m. on Monday, December 12, 2022, for approximately thirty minutes for the Court to consider Empire's application for injunctive relief (Doc. 1). Because the Defendants are holding on to cash in Debtor's operating accounts and Debtor and the funds are necessary for the Debtor to continue operations.

2. Notice of the proposed expedited hearing will be provided to all parties receiving notice via the Court's ECF system. Additionally, Empire will provide notice of the proposed expedited hearing to the listed creditors and their attorneys if known. Such notice is sufficient because all parties in interest will have received notice.

3. A hearing was not requested earlier because the case was filed on December 5, 2022, a demand for a return of the funds was sent to creditors on December 7 and December 8, but the creditors have refused to return the funds.

DATED: December 9, 2022.                Respectfully submitted:

NORRED LAW, PLLC

By: __/s/ Clayton L. Everett____
    Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Proposed Counsel for Plaintiff/ Debtor

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion for Expedited Hearing and accompanying Motion were served on the Office of the U.S. Trustee and upon the parties receiving notice via the Court's CM/ECF system.

The LCF Group, Inc.
3000 Marcus Ave. Suite 2W15
New Hyde Park, NY 11042

Block Inc. fka Square Inc.
c/o C T Corporation
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136

JPMorgan Chase & Co.
c/o C T Corporation
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136
And Via Fax: 225-341-3302

Eagle Eye Advance LLC
254 36th Street, Ste. C303
Brooklyn, NY 11232

Jeremy S. Williams
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
Via: jeremy.williams@kutakrock.com
Counsel for Eagle Eye Advance LLC

By: __/s/ Clayton L. Everett____