# United States Bankruptcy Court
Eastern District of Texas
Sherman Division

| | |
|---|---|
| **In re:**<br>**Empire Countertops, LLC**<br>　1137 Enterprise Dr.<br>　Pilot Point, TX 76258<br>　EIN: 45-1145076<br><br>**Debtor(s)**<br><br>**Empire Countertops, LLC,**<br>Plaintiff<br><br>v.<br><br>**JPMorgan Chase & Co., Eagle Eye Advance LLC, Block Inc. fka Square Inc., and Last Chance Funding, Inc.**<br>Defendants | Case No. 22-41686-btr<br><br>Chapter 11<br><br><br><br><br><br>Adversary No. 22-04066 |

### ORDER GRANTING EMERGENCY HEARING ON PLAINTIFF'S APPLICATION FOR INJUNCTIVE RELIEF

ON THIS DATE the Court considered the request for emergency hearing filed by Empire Countertops, LLC ("Movant") in conjunction with its Application for Injunctive Relief (the "Application") which was filed on December 9, 2022. The Court finds that the request complies with LBR 9007(b) and demonstrates that sufficient cause exists for the scheduling of an emergency hearing on the Motion. Accordingly,

IT IS THEREFORE ORDERED that the request for emergency hearing is GRANTED and that a hearing on Movant's Motion to Pay Prepetition Salaries and

Wages shall be held on _____ in the Courtroom of the United States Bankruptcy Court, 660 North Central Expressway, Suite 300B, Plano, Texas 75074.

    IT IS FURTHER ORDERED that the Movant or its counsel shall give notice of this emergency hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.