# United States Bankruptcy Court
## Eastern District of Texas
### Sherman Division

| | |
|---|---|
| **In re:**<br>**Empire Countertops, LLC**<br>    1137 Enterprise Dr.<br>    Pilot Point, TX 76258<br>    EIN: 45-1145076<br><br>**Debtor**<br><br>**Empire Countertops, LLC,**<br>Plaintiff<br><br>v.<br><br>**JPMorgan Chase & Co., Eagle Eye Advance LLC, Block Inc. fka Square Inc., and Last Chance Funding, Inc.**<br>Defendants | Case No. 22-41686-btr<br><br>Chapter 11<br><br><br><br><br><br>Adversary No. 22-04066<br><br><br><br>Emergency Hearing Set for 12/15/22 at 9:45 a.m. |

### NOTICE OF HEARING ON EMPIRE COUNTERTOPS' EMERGENCY HEARING ON PLAINTIFF'S APPLICATION FOR INJUNCTIVE RELIEF

**PLEASE BE ADVISED** that the Emergency Hearing on the Application for Injunctive Relief filed by Empire Countertops, LLC ("Empire") [Adv Dkt. 1] is set for hearing on the **15th day of December 2022 at 9:45 a.m. at the U.S. Bankruptcy Court located at 660 North Central Expressway, Third Floor, Suite 300B, Plano, Texas 75074**. Parties are advised that this hearing will be "in person," and those wishing to attend the hearing by telephone must follow the Court's telephonic hearing request instruction located at:

https://www.txeb.uscourts.gov/content/judgeRhoades

Respectfully submitted:

NORRED LAW, PLLC

By: __/s/ Clayton L. Everett____
      Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Proposed Counsel for Plaintiff/ Debtor

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice has been served on the Office of the U.S. Trustee and upon the parties receiving notice via the Court's CM/ECF system. Additional service is made by US mail on indicated below:

The LCF Group, Inc.
3000 Marcus Ave. Suite 2W15
New Hyde Park, NY 11042

Block Inc. fka Square Inc.
c/o C T Corporation
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136

JPMorgan Chase & Co.
c/o C T Corporation
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136
And Via Fax: 225-341-3302

Eagle Eye Advance LLC
254 36th Street, Ste. C303
Brooklyn, NY 11232

Jeremy S. Williams
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
Via: jeremy.williams@kutakrock.com
Counsel for Eagle Eye Advance LLC

By: __/s/ Clayton L. Everett____