

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 -2051

November 01, 2022 through November 30, 2022
Primary Account: ▮1535

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00022453 DRE 201 210 33722 NNNNNNNNNNN 1 000000000 D2 0000
EMPIRE COUNTERTOPS, LLC
1137 ENTERPRISE DR
PILOT POINT TX 76258-4600



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Platinum Business Checking | 1535 | $28,205.28 | $31,615.01 |
| Chase Platinum Business Checking | 7160 | 410.87 | 410.87 |
| Chase Business Premier Savings | 1185 | 178,350.62 | 105,352.35 |
| Total | | $206,966.77 | $137,378.23 |

| TOTAL ASSETS | $206,966.77 | $137,378.23 |
|---|---|---|

## CHASE PLATINUM BUSINESS CHECKING

EMPIRE COUNTERTOPS, LLC    Account Number: ▮1535

### CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $28,205.28 |
| Deposits and Additions | 6 | 82,860.66 |
| Checks Paid | 2 | -3,265.00 |
| ATM & Debit Card Withdrawals | 12 | -4,828.06 |
| Electronic Withdrawals | 10 | -71,207.87 |
| Fees | 1 | -150.00 |
| Ending Balance | 31 | $31,615.01 |