## CHASE BUS PREM SAV (...1185)
EMPIRE COUNTERTOPS, LLC

# -$99,999,894,647.64
<u>Available balance</u>

$105,352.35
<u>Present balance</u>

▼ ON HOLD(1)

| Date | Reason | Expires | Amount |
|---|---|---|---|
| Nov 4, 2022 | We've received a legal order to hold funds in your account. | Dec 31, 2099 | $99,999,999,999.99 |

## Account activity

SHOWING [ Search ⌄ ]

Filtered by: Dec 1, 2022 to Dec 5, 2022    All transactions

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|

We couldn't find any activity that matched the transaction type you chose.
Please choose another transaction type, or choose All transactions.
If you have older transactions that aren't shown in your account activity,
<u>monthly statements.</u>

**PLAT BUS CHECKING (...1535)**
EMPIRE COUNTERTOPS, LLC

-$99,999,968,409.98
<u>Available balance</u>

$0.00
Available credit

-$99,999,968,409.98
Available plus credit

$31,590.01
<u>Present balance</u>

▼ ON HOLD(1)

| Date | Reason | Expires | Amount |
|---|---|---|---|
| Nov 4, 2022 | We've received a legal order to hold funds in your account. | Dec 31, 2099 | $99,999,999,999.99 |

## Account activity

SHOWING [ Search ▼ ]

Filtered by: Dec 1, 2022 to Dec 5, 2022     All transactions

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Dec 5, 2022 | SERVICE CHARGES FOR THE MONTH OF NOVEMBER | Fee | -$25.00 | $31,590.01 |

**PLAT BUS CHECKING (...7160)**
EMPIRE COUNTERTOPS, LLC

| -$99,999,999,589.12 | $0.00 | -$99,999,999,589.12 |
|---|---|---|
| Available balance | Available credit | Available plus credit |

$410.87
Present balance

▼ **ON HOLD(1)**

| Date | Reason | Expires | Amount |
|---|---|---|---|
| Nov 4, 2022 | We've received a legal order to hold funds in your account. | Dec 31, 2099 | $99,999,999,999.99 |

## Account activity

SHOWING [Search ▼]

Filtered by: Dec 1, 2022 to Dec 5, 2022       All transactions

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|

We couldn't find any activity that matched the transaction type you chose.
Please choose another transaction type, or choose All transactions.
If you have older transactions that aren't shown in your account activity,
*monthly statements.*