---------- Forwarded message ---------
From: **Square** <square@help-messaging.squareup.com>
Date: Mon, Dec 5, 2022 at 8:14 AM
Subject: Re: A Message from the Square Civil Process Team
To: mmahoney@empirefab.com <mmahoney@empirefab.com>


Hi Mitch,

We are writing to inform you that your Square account has been put on hold due to a UCC lien notice.

What does this mean for my Square account?
A creditor of yours is enforcing a lien they filed against your business's receivables. This lienholder is seeking repayment for a debt. They have taken action by sending notice of the lien to us, either directly or through a law firm or debt collection agency.

What happens next?
We're obligated by law to place a hold on your Square account. This means that any credit card transactions you process through your Square account won't be transferred to your linked bank account. They'll be held in your Square account balance until we receives one of the following:
A release agreement from the lienholder directing us to lift the hold on the account.
A court order or other documentation that authorizes us to release the hold on the account.

What do I do to resolve this?
In order to resume normal transfers from your Square account to your bank account, you'll need to resolve the lien. UCC liens must be resolved between you and the lienholder. You may be able to work out a solution by contacting the lienholder. If you reach an agreement, the lienholder will need to send a copy of the release agreement instructing us to release the hold on the account.

Here's the contact information we were given about the lienholder:

Last Chance Funding, Inc.
3000 Marcus Avenue
Suite 2W15
Lake Success, NY 11042
Phone: 888-499-2939
Fax: 888-974-8397
Info@thelcfgroup.com
https://www.thelcfgroup.com


Sincerely,
Block Civil Process
Please note that on December 10, 2021, Square, Inc. changed its name to Block, Inc.