# United States Bankruptcy Court
## Eastern District of Texas
### Sherman Division

**In re:**
**Empire Countertops, LLC**
   1137 Enterprise Dr.
   Pilot Point, TX 76258
   EIN: 45-1145076

**Debtor(s)**

Case No. 22-41686-btr

**Chapter 11**

**Empire Countertops, LLC,**
Plaintiff

v.

**JPMorgan Chase & Co., Eagle Eye Advance LLC, Block Inc. fka Square Inc., and Last Chance Funding, Inc.**
Defendants

Adversary No. 22-04066

Hearing Scheduled:
Wednesday, December 28, 2022 at 10:00a.m.

## EXHIBIT LIST OF EMPIRE COUNTERTOPS, LLC

| Exhibit | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1. | Order Granting Plaintiff's Preliminary Injunction | | | |
| 2. | Facsimile Receipts to JPMorgan Chase Bank | | | |
| 3. | December 22, 2022 Audio Recording | | | |
| 4. | Any item filed of record in this proceeding | | | |
| 5. | Any exhibit introduced by any other party | | | |

## WITNESS LIST

1. Curtis "Mitch" Mahoney, Debtor's Representative

2. Scott Laine, Debtor's Controller

3. Clayton L. Everett, Plaintiff's Attorney

4. Any witness called or listed on opposing counsel's list.

The Debtor reserves the right to use any exhibit introduced into evidence by any other party, to introduce and use any document that has been filed in this bankruptcy proceeding, to use any witness or exhibit not listed herein for purposes of rebuttal or impeachment, and to supplement or amend this witness and exhibit list at any time prior to the hearing.

DATED: December 22, 2022.

Respectfully submitted:

NORRED LAW, PLLC

By: __/s/ Clayton L. Everett____
    Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Proposed Counsel for Debtor

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Plaintiff's Witness Exhibit List was served on the Office of the U.S. Trustee and upon the parties receiving notice via the Court's CM/ECF system. A copy was also mailed to the parties below:

The LCF Group, Inc.
3000 Marcus Ave. Suite 2W15
New Hyde Park, NY 11042

Block Inc. fka Square Inc.
c/o C T Corporation
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136

JPMorgan Chase & Co.
c/o C T Corporation
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136
And Via Fax: 225-341-3302

Eagle Eye Advance LLC
254 36th Street, Ste. C303
Brooklyn, NY 11232

Jeremy S. Williams
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
Via: jeremy.williams@kutakrock.com
Counsel for Eagle Eye Advance LLC

By: __/s/ Clayton L. Everett____