**Norred Law PLLC**
**515 E. Border St.**
**Arlington, TX 76010**
**(817)704-3984**

# FAX

**From:** Warren Norred - Norred Law, PLLC
**Return Fax:** (817)524-6686
**Attention To:** Chase Bankruptcy Dept.
**Regarding:** 22-04066 Empire Countertops, LLC

Please take immediate action to comply with attached Order Granting Plaintiff's Preliminary Injunction and Turnover of Property. Thank you.

CONFIDENTIALITY NOTICE: This message and any attachments contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity to whom it is directed, regardless of the fax number. If you are not the intended recipient, you are notified that any examination, disclosure, copying, distribution or the taking of any action in reliance on, or with respect to, the contents of this information is strictly prohibited. If you have received this fax in error, please immediately notify the sender by phone at 817-704-3984.

United States Bankruptcy Court
Eastern District of Texas
Sherman Division

| | |
|---|---|
| In re:<br>**Empire Countertops, LLC**<br>1137 Enterprise Dr.<br>Pilot Point, TX 76258<br>EIN: 45-1145076<br><br>**Debtor(s)**<br><br><br>**Empire Countertops, LLC,**<br>Plaintiff<br><br>v.<br><br>**JPMorgan Chase & Co., Eagle Eye Advance LLC, Block Inc. fka Square Inc., and Last Chance Funding, Inc.**<br>Defendants | Case No. 22-41686-btr<br><br>Chapter 11<br><br><br><br><br>Adversary No. 22-04066 |

## ORDER GRANTING PLAINTIFF'S PRELIMINARY INJUNCTION

On December 15, 2022, the Court heard the application for a preliminary injunction filed by Empire Countertops, LLC ("**Empire**") whereby Empire seeks the turnover of certain funds. Eagle Eye Advance LLC appeared and opposed the application. Based on the record and arguments presented at the hearing, the Court makes the following findings of fact and conclusions of law:

1. The funds held in JPMorgan Chase & Co. ("**Chase Bank**") accounts ending 1535, 7160, and 1185, in the amount of $137,378.23 and the funds held in the Block Inc. account in the approximate amount of $8,000 are property of the bankruptcy estate under 11 U.S.C. § 541 in Empire's bankruptcy case ("**Estate Funds**").

2. The Estate Funds held in the Chase Bank accounts were the subject of a TRO

1

issued by the Supreme Court of the State of New York, County of Kings. That state court lawsuit provided Eagle Eye Advance LLC with prejudgment injunctive relief but other parties claiming an interest in the Estate Funds were not parties to the action.

3. All the parties claiming an interest in the Estate Funds may assert their rights in Empire's bankruptcy case.

4. Empire has demonstrated a substantial likelihood that it will prevail on the merits of its claims in this proceeding.

5. The balance of harm to the parties weighs in favor of Empire. Empire needs funds in order to continue the operation of its business. Absent the funds, Empire will not be able to pay its direct operating expenses and obtain goods and services needed to carry on its business during this sensitive period in a manner that will avoid immediate and irreparable harm to Empire's estate.

6. Turnover of the Estate Funds in this case will not adversely affect the Defendants. All the parties claiming an interest in the Estate Funds may assert their rights and exercise their remedies in Empire's bankruptcy case consistent with state and bankruptcy law. Turnover, thus, will simply move the pre-petition dispute to the bankruptcy court.

7. Accordingly, the balance of the equities and public interest weigh in favor of granting the relief sought by Empire.

**FOR THESE REASONS,**

The Court **ORDERS** that Chase Bank, its officers agents, servants, employees, attorneys, and all persons acting in concert with them to immediately turn over all Estate Funds to Empire by wiring such funds to:

Empire Countertops, LLC
Debtor in Possession, Ch11 Case #22-41686 (ETX)
Wells Fargo Wiring Routing Number: 121000248
Account Number: xxx4110[1]

The Court further **ORDERS** that Block Inc., its officers, agents, servants, employees, attorneys, and all persons acting in concert with them immediately turn over all Estate Funds to Empire by wiring such funds to:

Empire Countertops, LLC
Debtor in Possession, Ch11 Case #22-41686 (ETX)
Wells Fargo Wiring Routing Number: 121000248
Account Number: xxx.4110[2]

The Court further **ORDERS** that Empire segregate Chase Bank's and Block Inc.'s portion of the Estate Funds into two separate Debtor in Possession accounts.

The Court further **ORDERS** that Empire may not spend or use the funds without further order of the Court authorizing the use of the Estate Funds.

The Court further **ORDERS** that Eagle Eye Advance LLC and The LCF Group, Inc. will take any steps required on its part to comply with the turnover relief granted herein.

Signed on 12/16/2022

*Brenda T. Rhoades* ST
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The full account number for the wire will be provided to you by Empire's representative upon the presentment of this order or by request made to counsel, Clayton L. Everett, at clayton@norredlaw.com or 817-778-9975.

[2] The full account number for the wire will be provided to you by Empire's representative upon the presentment of this order or by request made to counsel, Clayton L. Everett, clayton@norredlaw.com or 817-778-9975.

3

# FAX Transmission Status

**Transmission complete: 2022-12-16 15:59:12 CST**

| | | | |
|---|---|---|---|
| **Job ID** | 813350522 | **Destination** | (225)341-3302 |
| **Status** | Success | **Detail** | Success |
| **Pages** | 4 | **Xmit Time** | 00:01:40 |

---

Norred Law PLLC
515 E. Border St.
Arlington, TX 76010
(817)704-3984

## FAX

---

| | |
|---|---|
| **From:** | Warren Norred - Norred Law, PLLC |
| **Return Fax:** | (817)524-6686 |
| **Attention To:** | Chase Bank |
| **Regarding:** | 22-04066 Empire Countertops, LLC |

---

Please take immediate action to comply with attached Order Granting Plaintiff's Preliminary Injunction and Turnover of Property

CONFIDENTIALITY NOTICE: This message and any attachments contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity to whom it is directed, regardless of the fax number. If you are not the intended recipient, you are notified that any examination, disclosure, copying, distribution or the taking of any action in reliance on, or with respect to, the contents of this information is strictly prohibited. If you have received this fax in error, please immediately notify the sender by phone at 817-704-3984.

# FAX Transmission Status

**Transmission complete: 2022-12-16 16:02:22 CST**

| | | | |
|---|---|---|---|
| **Job ID** | 813351045 | **Destination** | (614)737-0584 |
| **Status** | Success | **Detail** | Success |
| **Pages** | 4 | **Xmit Time** | 00:02:46 |

---

**Norred Law PLLC**
**515 E. Border St.**
**Arlington, TX 76010**
**(817)704-3984**

# FAX

---

| | |
|---|---|
| **From:** | Warren Norred - Norred Law, PLLC |
| **Return Fax:** | (817)524-6686 |
| **Attention To:** | Chase Bank - Attn: Heather |
| **Regarding:** | 22-04066 Empire Countertops, LLC |

---

Please take immediate action to comply with attached Order Granting Plaintiff's Preliminary Injunction and Turnover of Property

CONFIDENTIALITY NOTICE: This message and any attachments contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity to whom it is directed, regardless of the fax number. If you are not the intended recipient, you are notified that any examination, disclosure, copying, distribution or the taking of any action in reliance on, or with respect to, the contents of this information is strictly prohibited. If you have received this fax in error, please immediately notify the sender by phone at 817-704-3984.

# FAX Transmission Status

**Transmission complete: 2022-12-16 16:03:39 CST**

| | | | |
|---|---|---|---|
| **Job ID** | 813352517 | **Destination** | (614)340-7504 |
| **Status** | Success | **Detail** | Success |
| **Pages** | 4 | **Xmit Time** | 00:01:03 |

---

Norred Law PLLC
515 E. Border St.
Arlington, TX 76010
(817)704-3984

# FAX

---

| | |
|---|---|
| **From:** | Warren Norred - Norred Law, PLLC |
| **Return Fax:** | (817)524-6686 |
| **Attention To:** | Chase Bankruptcy Dept. |
| **Regarding:** | 22-04066 Empire Countertops, LLC |

---

Please take immediate action to comply with attached Order Granting Plaintiff's Preliminary Injunction and Turnover of Property. Thank you.

CONFIDENTIALITY NOTICE: This message and any attachments contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity to whom it is directed, regardless of the fax number. If you are not the intended recipient, you are notified that any examination, disclosure, copying, distribution or the taking of any action in reliance on, or with respect to, the contents of this information is strictly prohibited. If you have received this fax in error, please immediately notify the sender by phone at 817-704-3984.

# FAX Transmission Status

**Transmission complete: 2022-12-16 15:53:10 CST**

| | | | |
|---|---|---|---|
| **Job ID** | 813350246 | **Destination** | (866)699-0618 |
| **Status** | Success | **Detail** | Success |
| **Pages** | 4 | **Xmit Time** | 00:01:11 |

---

**Norred Law PLLC**
**515 E. Border St.**
**Arlington, TX 76010**
**(817)704-3984**

# FAX

---

| | |
|---|---|
| **From:** | Warren Norred - Norred Law, PLLC |
| **Return Fax:** | (817)524-6686 |
| **Attention To:** | Chase Bank |
| **Regarding:** | 22-04066 Empire Countertops, LLC |

---

Please take immediate action to comply with attached Order Granting Plaintiff's Preliminary Injunction and Turnover of Property.

CONFIDENTIALITY NOTICE: This message and any attachments contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity to whom it is directed, regardless of the fax number. If you are not the intended recipient, you are notified that any examination, disclosure, copying, distribution or the taking of any action in reliance on, or with respect to, the contents of this information is strictly prohibited. If you have received this fax in error, please immediately notify the sender by phone at 817-704-3984.

**Norred Law PLLC**
**515 E. Border St.**
**Arlington, TX 76010**
**(817)704-3984**

# FAX

---

**From:** Warren Norred - Norred Law, PLLC
**Return Fax:** (817)524-6686
**Attention To:** Chase Bank
**Regarding:** Empire Countertops, LLC

---

Please see attached demand letter and Turnover Order and take immediate action to comply.

CONFIDENTIALITY NOTICE: This message and any attachments contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity to whom it is directed, regardless of the fax number. If you are not the intended recipient, you are notified that any examination, disclosure, copying, distribution or the taking of any action in reliance on, or with respect to, the contents of this information is strictly prohibited. If you have received this fax in error, please immediately notify the sender by phone at 817-704-3984.



December 19, 2022

Chase Bank  
c/o Laney Howard, AVP Business Manager  
2310 Colorado Blvd.  
Denton, TX 76205

Via email: Laney.C.Howard@chase.com  
Via fax: 866-910-7758 and 866-699-0618

RE: Order for Turnover Funds in Account Nos. 792351535, 831037160, and 3928051185  
Chase Case No. 5145992022; COAL-04NOV22-190

To whom it may concern:

As you know, I represent Empire Countertops, LLC ("Empire"), which is a customer with one or more accounts at your bank. On December 16, 2022, the Court issued an order to immediately turn over the funds you have withheld from Empire.

Please take IMMEDIATE action on this matter as every delay on your part is unnecessary and harmful to Empire's business operations. Failure to do so may cause Chase Bank to be in contempt of the Court's order and subject to further sanctions by the Court.

The wiring instructions are on the Order. The account to send the funds is Wells Fargo Account No. 7939344110.

If you have any questions or concerns, please call or email me.

Sincerely,

Clayton L. Everett,  
Attorney at Law  
clayton@norredlaw.com

Enclosure: Order for Turnover  
CC: Mitch Mahoney via email

United States Bankruptcy Court
Eastern District of Texas
Sherman Division

| | |
|---|---|
| In re:<br>**Empire Countertops, LLC**<br>1137 Enterprise Dr.<br>Pilot Point, TX 76258<br>EIN: 45-1145076<br><br>**Debtor(s)**<br><br><br>**Empire Countertops, LLC,**<br>Plaintiff<br><br>v.<br><br>**JPMorgan Chase & Co., Eagle Eye Advance LLC, Block Inc. fka Square Inc., and Last Chance Funding, Inc.**<br>Defendants | Case No. 22-41686-btr<br><br>Chapter 11<br><br><br><br><br>Adversary No. 22-04066 |

## ORDER GRANTING PLAINTIFF'S PRELIMINARY INJUNCTION

On December 15, 2022, the Court heard the application for a preliminary injunction filed by Empire Countertops, LLC ("**Empire**") whereby Empire seeks the turnover of certain funds. Eagle Eye Advance LLC appeared and opposed the application. Based on the record and arguments presented at the hearing, the Court makes the following findings of fact and conclusions of law:

1. The funds held in JPMorgan Chase & Co. ("**Chase Bank**") accounts ending 1535, 7160, and 1185, in the amount of $137,378.23 and the funds held in the Block Inc. account in the approximate amount of $8,000 are property of the bankruptcy estate under 11 U.S.C. § 541 in Empire's bankruptcy case ("**Estate Funds**").

2. The Estate Funds held in the Chase Bank accounts were the subject of a TRO

1

issued by the Supreme Court of the State of New York, County of Kings. That state court lawsuit provided Eagle Eye Advance LLC with prejudgment injunctive relief but other parties claiming an interest in the Estate Funds were not parties to the action.

3. All the parties claiming an interest in the Estate Funds may assert their rights in Empire's bankruptcy case.

4. Empire has demonstrated a substantial likelihood that it will prevail on the merits of its claims in this proceeding.

5. The balance of harm to the parties weighs in favor of Empire. Empire needs funds in order to continue the operation of its business. Absent the funds, Empire will not be able to pay its direct operating expenses and obtain goods and services needed to carry on its business during this sensitive period in a manner that will avoid immediate and irreparable harm to Empire's estate.

6. Turnover of the Estate Funds in this case will not adversely affect the Defendants. All the parties claiming an interest in the Estate Funds may assert their rights and exercise their remedies in Empire's bankruptcy case consistent with state and bankruptcy law. Turnover, thus, will simply move the pre-petition dispute to the bankruptcy court.

7. Accordingly, the balance of the equities and public interest weigh in favor of granting the relief sought by Empire.

**FOR THESE REASONS,**

The Court **ORDERS** that Chase Bank, its officers agents, servants, employees, attorneys, and all persons acting in concert with them to immediately turn over all Estate Funds to Empire by wiring such funds to:

Empire Countertops, LLC
Debtor in Possession, Ch11 Case #22-41686 (ETX)
Wells Fargo Wiring Routing Number: 121000248
Account Number: xxx4110[1]

The Court further **ORDERS** that Block Inc., its officers, agents, servants, employees, attorneys, and all persons acting in concert with them immediately turn over all Estate Funds to Empire by wiring such funds to:

Empire Countertops, LLC
Debtor in Possession, Ch11 Case #22-41686 (ETX)
Wells Fargo Wiring Routing Number: 121000248
Account Number: xxx.4110[2]

The Court further **ORDERS** that Empire segregate Chase Bank's and Block Inc.'s portion of the Estate Funds into two separate Debtor in Possession accounts.

The Court further **ORDERS** that Empire may not spend or use the funds without further order of the Court authorizing the use of the Estate Funds.

The Court further **ORDERS** that Eagle Eye Advance LLC and The LCF Group, Inc. will take any steps required on its part to comply with the turnover relief granted herein.

Signed on 12/16/2022

*Brenda T. Rhoades* ST
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The full account number for the wire will be provided to you by Empire's representative upon the presentment of this order or by request made to counsel, Clayton L. Everett, at clayton@norredlaw.com or 817-778-9975.

[2] The full account number for the wire will be provided to you by Empire's representative upon the presentment of this order or by request made to counsel, Clayton L. Everett, clayton@norredlaw.com or SI7-778-9975.

3

# FAX Transmission Status

**Transmission complete: 2022-12-19 11:35:07 CST**

| | | | |
|---|---|---|---|
| **Job ID** | 813931880 | **Destination** | (866)910-7758 |
| **Status** | Success | **Detail** | Success |
| **Pages** | 5 | **Xmit Time** | 00:01:15 |

---

**Norred Law PLLC**
**515 E. Border St.**
**Arlington, TX 76010**
**(817)704-3984**

## FAX

---

| | |
|---|---|
| **From:** | Warren Norred - Norred Law, PLLC |
| **Return Fax:** | (817)524-6686 |
| **Attention To:** | Chase Bank |
| **Regarding:** | 22-41686 Empire Countertops, LLC |

---

Please see attached demand letter and Turnover Order.

CONFIDENTIALITY NOTICE: This message and any attachments contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity to whom it is directed, regardless of the fax number. If you are not the intended recipient, you are notified that any examination, disclosure, copying, distribution or the taking of any action in reliance on, or with respect to, the contents of this information is strictly prohibited. If you have received this fax in error, please immediately notify the sender by phone at 817-704-3984.

# FAX Transmission Status

**Transmission complete: 2022-12-19 11:46:17 CST**

| | | | |
|---|---|---|---|
| **Job ID** | 813933531 | **Destination** | (866)699-0618 |
| **Status** | Success | **Detail** | Success |
| **Pages** | 5 | **Xmit Time** | 00:02:40 |

---

**Norred Law PLLC**
**515 E. Border St.**
**Arlington, TX 76010**
**(817)704-3984**

# FAX

---

| | |
|---|---|
| **From:** | Warren Norred - Norred Law, PLLC |
| **Return Fax:** | (817)524-6686 |
| **Attention To:** | Chase Bank |
| **Regarding:** | 22-41686 Empire Countertops, LLC |

---

Please see attached demand letter and Turnover Order.

CONFIDENTIALITY NOTICE: This message and any attachments contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity to whom it is directed, regardless of the fax number. If you are not the intended recipient, you are notified that any examination, disclosure, copying, distribution or the taking of any action in reliance on, or with respect to, the contents of this information is strictly prohibited. If you have received this fax in error, please immediately notify the sender by phone at 817-704-3984.

# FAX Transmission Status

**Transmission complete: 2022-12-19 14:00:18 CST**

| | | | |
|---|---|---|---|
| **Job ID** | 813984800 | **Destination** | (225)341-3302 |
| **Status** | Success | **Detail** | Success |
| **Pages** | 5 | **Xmit Time** | 00:01:47 |

---

**Norred Law PLLC**
**515 E. Border St.**
**Arlington, TX 76010**
**(817)704-3984**

# FAX

---

| | |
|---|---|
| **From:** | Warren Norred - Norred Law, PLLC |
| **Return Fax:** | (817)524-6686 |
| **Attention To:** | Chase Bank |
| **Regarding:** | Empire Countertops, LLC |

---

Please see attached demand letter and Turnover Order and take immediate action to comply.

CONFIDENTIALITY NOTICE: This message and any attachments contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity to whom it is directed, regardless of the fax number. If you are not the intended recipient, you are notified that any examination, disclosure, copying, distribution or the taking of any action in reliance on, or with respect to, the contents of this information is strictly prohibited. If you have received this fax in error, please immediately notify the sender by phone at 817-704-3984.