United States Bankruptcy Court
Eastern District of Texas
Sherman Division

| | |
|---|---|
| **In re:**<br>**Empire Countertops, LLC**<br>    1137 Enterprise Dr.<br>    Pilot Point, TX 76258<br>    EIN: 45-1145076<br><br>**Debtor(s)**<br><br>**Empire Countertops, LLC,**<br>Plaintiff<br><br>v.<br><br>**JPMorgan Chase & Co., Eagle Eye Advance LLC, Block Inc. fka Square Inc., and Last Chance Funding, Inc.**<br>Defendants | Case No. 22-41686-btr<br><br>Chapter 11<br><br><br><br><br><br>Adversary No. 22-04066 |

` 
### ORDER GRANTING MOTION FOR ENFORCEMENT OF TURNOVER ORDER AND TO HOLD DEFENDANT IN CONTEMPT OF COURT AND TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED

ON THIS DATE came on for consideration before this Court, the *Motion for Enforcement of Turnover Order and to Hold Chase Bank in Contempt of Court* ("Motion") filed by Empire Countertops, LLC, on December 22, 2022. Upon consideration of the Motion and any opposition thereto, it is hereby

ORDERED that the Motion be GRANTED.

IT IS FURTHER ORDERED that JPMorgan Chase Bank, NA and JP Morgan Chase & Co. ("Chase Bank") show cause why they should not be held in contempt for their failure to comply with this Court's December 16, 2022 Order ("Turnover Order") [ECF No. 13] in this adversary proceeding.

IT IS FURTHER ORDERED that the Chase Bank officer in charge of operations in North Texas, Elaine Agather, the local branch officer, Laney Howard, and any other Chase Bank officer or agent responsible for Chase Bank's noncompliance appear in person before the Court at the show cause hearing set for **2:00 p.m. Central Standard Time on Thursday, December 29, 2022 in the Courtroom of the United States Bankruptcy Court, 660 North Central Expressway, Suite 300B, Plano, Texas 75074**.

IT IS FURTHER ORDERED that the Court will consider at the show cause hearing why sanctions should not be imposed upon Chase Bank and its officers. Such sanctions may include, but are not limited to, monetary sanctions for all losses sustained by the Debtor and creditors in the underlying bankruptcy proceeding and such other sanctions that this Court deems appropriate to compel Chase Bank to comply with this Courts turnover order. [ECF No. 13].

Signed on 12/28/2022

*Brenda T. Rhoades* ST
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE